UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60525-CIV-SINGHAL

KARINA ESTEFANY PLEITEZ CALDERON,

      Petitioner,

v.

GARRETT J. RIPA, Field Office Director
of Enforcement and Removal Operations,
*et al.*,

      Respondents.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. Petitioner Karina Calderon filed this petition for writ of habeas corpus under 28 U.S.C. Section 2241. 28 U.S.C. Section 2243 explains that the Court shall set a hearing after the government responds to the petition. Accordingly, since Respondents have returned the Petition, *see* (DE [10]), it is hereby

**ORDERED AND ADJUDGED** that counsel for Petitioner and Respondents appear at a hearing on **Tuesday, April 7, 2026 at 1:00 p.m.** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of April 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF